1   KAREN P. HEWITT
    United States Attorney
2   STEWART M. YOUNG
    Assistant U.S. Attorney
3   California State Bar No. 234889
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-6228/ Fax: (619)235-2757

6   Attorneys for Plaintiff
    United States of America

7
                    UNITED STATES DISTRICT COURT
8
                 SOUTHERN DISTRICT OF CALIFORNIA
9
    UNITED STATES OF AMERICA,          )        Mag. Case No. 08-MJ-1161
10
                    Plaintiff,          )
11         v.
                                        )        _____MOTION  TO  UNSEAL  SPECIFIED
12   THOMAS V. SWIFT (D1),                       DOCUMENTS   FOR   DISCOVERY
     KEVIN D. KENNEDY (D2),             )        PURPOSES_____
13   ROBERT ROCCO (D3),
     STEVEN ZUFALL (D4),                )
14   RUDY TIJERINA (D5),
     JESSE SANDOVAL (D6),               )
15   KYLE KIMBREL (D7),
     JORGE MORALES (D8),                )
16   JOSE RODRIGUEZ-PARRA (D9),
     RANDY KENNEDY (D10),               )
17   GLENN SWIFT (D11),
     GREGORY SWIFT (D12),               )
18   BRANDON GONZALEZ (D13),
                                        )
19                  Defendants.
    _____)
20
            COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
21
    KAREN P. HEWITT, United States Attorney, and Stewart M. Young, Assistant United States Attorney,
22
    and hereby moves the Court for an order directing that in the above-captioned case, the applications,
23
    affidavits and search warrants attached thereto, as well as this motion and order, be unsealed for the
24
    purposes of providing discovery to the defendants.
25

26

27

28

1   Furthermore, the Government further requests that these documents remain under seal, except

2   for the purposes of providing discovery to the defendant, until further order of the Court.

3   DATED: April 28, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Stewart M. Young
STEWART M. YOUNG
Assistant United States Attorney

2                                                                06MJ2202